■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAROLD FREEMAN, Appellant. [744 NYS2d 323] —Judgment, Supreme Court, Bronx County (Denis Boyle, J.), rendered February 21, 2001, convicting defendant, after a jury trial, of murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him to concurrent terms of 25 years to life and 10 years, respectively, unanimously affirmed.

Defendant's request for a missing witness charge was properly denied both on the ground of untimeliness and on the merits. The request was not made "as soon as practicable" (*People v Gonzalez*, 68 NY2d 424, 428), where it was made after both sides had finished presenting evidence and the court was about to proceed with summations and charge (*see, People v Jordan*, 277 AD2d 155, *lv denied* 96 NY2d 760; *People v Johnson*, 262 AD2d 243, *lv denied* 94 NY2d 921). Furthermore, the missing witness, the cousin of an initially uncooperative witness who was not a victim of the crime and who was romantically involved with defendant, was not shown to be under the People's control for purposes of a missing witness instruction (*see, People v Lacy*, 166 AD2d 168, *lv denied* 76 NY2d 987). Moreover, the prospective witness's testimony would, at best, have been cumulative (*see, People v Smith*, 279 AD2d 259, *lv denied* 96 NY2d 835).

We perceive no basis for a reduction of sentence. Concur—Tom, J.P., Mazzarelli, Rosenberger, Ellerin and Rubin, JJ.